IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>  Plaintiff,<br>              v.<br><br>CARLOS J. RODRIGUEZ-CARRENO (9)<br>  Defendant. | Criminal no. 21-002 (DRD) |
|---|---|

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Rodríguez-Carreno, and respectfully states and prays as follows:

The undersigned has been appointed to represent Mr. Rodriguez-Carreno under the CJA. An arraignment is scheduled for tomorrow, January 21, 2020.

On Thursday, January 14, 2021, the undersigned requested a legal call with Mr. Rodriguez Carreno through MDC to discuss his Indictment and Arraignment. Unfortunately, MDC did not respond to this request. As a result, today the undersigned personally visited MDC to meet with Mr. Rodríguez-Carreno but was informed that he was currently quarantined and hence a personal visit was not possible. The undersigned again contacted MDC via email to inform of this.

**WHEREFORE**, Mr. Rodríguez-Carreno respectfully requests that the Court take notice of the information in the present motion and that it allows the undersigned to briefly discuss with Mr. Rodríguez-Carreno prior to the Arraignment.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th day of January 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy

PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com